AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| | |
|---|---|
| In the Matter of the Search of: <br> *(Briefly describe the property to be searched or identify the person by name and address)* <br> United States Postal Service Priority Mail parcel bearing tracking number 9505 5158 1447 4240 1263 13 (Subject Parcel), as further described on Attachment A, currently located at the Wichita Domicile of the United States Postal Inspection Service located at 7117 West Harry Street, Wichita, Kansas 67276 | Case No. 24-M-6226-01-BGS |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

United States Postal Service Priority Mail parcel bearing tracking number 9505 5158 1447 4240 1263 13 (Subject Parcel), as further described on Attachment A, currently located at the Wichita Domicile of the United States Postal Inspection Service located at 7117 West Harry Street, Wichita, Kansas 67276

located in the **DISTRICT OF KANSAS**, there is now concealed *(identify the person or describe the property to be seized)*:

Items to be seized from the Subject Parcel include controlled substances; specifically marijuana, cocaine, methamphetamine, fentanyl and heroin; any drug paraphernalia related to the possession or distribution of a controlled substance including narcotic packaging and US Currency or money orders.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

✓ evidence of a crime;

✓ contraband, fruits of crime, or other items illegally possessed;

✓ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1); 21 USC 846; <br> 21 USC 843(b) | Possession with intent to distribute a controlled substance; Attempts & conspiracy to possess with intent to distribute controlled substances; Unlawful use of a communications facility to facilitate the commission of a drug trafficking crime |

The application is based on these facts:

See Attached Affidavit

✓ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Joshua Highfill, Postal Inspector, U.S. Postal Inspection Service
*Printed name and title*

Sworn to me and signed via Zoom.

Date: 9/5/24

*Judge's signature*

City and state: Wichita, Kansas

HONORABLE BROOKS G. SEVERSON, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT

I, Joshua Highfill, being first duly sworn on oath, state as follows:

### AGENT INTRODUCTION AND BACKGROUND

1. I am a United States Postal Inspector with the United States Postal Inspection Service and have been so employed since August 2015. I am currently assigned to the Wichita Domicile of the Postal Inspection Service and have experience enforcing drug laws. This affidavit is based on my own personal knowledge and information given to me by other Postal Inspectors and other law enforcement personnel.

2. I received training from the United States Postal Inspection Service regarding individuals using the United States Mail to transport controlled substances and proceeds from the sale of controlled substances. I received training from the Kansas Law Enforcement Training Center and while working for the Olathe, Kansas Police Department involving narcotic investigation techniques, chemical field testing, and training in the identification and detection of controlled substances. As a Police Officer and United States Postal Inspector, I have been involved in illegal narcotic investigations to include narcotics being sent through the mail.

3. The United States Postal Inspection Service has implemented a parcel profile program targeting parcels mailed to and from areas of the United States which have been identified by law enforcement as being source areas for the distribution of controlled substances. The Wichita Domicile Postal Inspection Service program consists of reviewing postal service records and a physical profile of Express and Priority Mail parcels and envelopes which have originated from and/or have been received for delivery in the District of Kansas.

## ITEM TO BE SEARCHED AND ITEMS TO BE SEIZED

4. This affidavit is made in support of an application for a search warrant for a United States Postal Service Priority Mail parcel bearing tracking number 9505 5158 1447 4240 1263 13," addressed to "Tereza Dominguez, 1014 N Midway Dr, Liberal, KS 67901-2833" with a return address of "Ramon Estrada, 228 Skyline Blvd, C.A 93204", mailed on August 27, 2024 from the Post Office in Avenal, California 93204. Further, this parcel weighs approximately 2 pounds 13.5 ounces and bears $24.75 in postage (Subject Parcel).

5. Items to be seized from the Subject Parcel include controlled substances; specifically, marijuana, cocaine, methamphetamine, fentanyl and heroin; any drug paraphernalia related to the possession or distribution of a controlled substance including narcotic packaging and United States Currency or money orders.

6. The Subject Parcel is currently located, specifically at the United States Postal Inspection Service Wichita Domicile, located at 7117 West Harry Street, Wichita, Kansas 67276, which is in the District of Kansas.

## OFFENSES UNDER INVESTIGATION

7. Based on my training and experience and on the facts set forth in this Affidavit, I believe the Subject Parcel contains evidence of violations of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance); Title 21, United States Code, Section 846 (attempts and conspiracies to do the same); and Section 843(b) (unlawful use of a communications facility to facilitate the commission of the above narcotics offenses).

## PROBABLE CAUSE

8.      On August 28, 2024, while profiling parcels online, I observed a United States Postal Service Priority Mail parcel bearing tracking number 9505 5158 1447 4240 1263 13," addressed to "Tereza Dominguez, 1014 N Midway Dr, Liberal, KS 67901-2833" with a return address of "Ramon Estrada, 228 Skyline Blvd, C.A 93204", mailed on August 27, 2024 from the Post Office in Avenal, California 93204. Further, this parcel weighs approximately 2 pounds 13.5 ounces and bears $24.75 in postage (Subject Parcel).

9.      Based on my training and experience I know there are common characteristics used by individuals who traffic in illegal controlled substances via the United States Mail. The Subject Parcel contained several of these characteristics including:

   a.   The Subject Parcel was mailed from known illegal drug source distribution areas (i.e., Avenal, California).

   b.   The potage for Subject Parcel was paid for with cash.

   c.   The recipient doesn't need to sign for the Subject Parcel when delivered.

10.     I queried the Subject Parcel's listed return address information, 228 Skyline Boulevard, California 93204" in the CLEAR Law Enforcement Database and found Ramon Estrada isn't associated to the address.

11.     I queried the Subject Parcel's addressee information 1014 N Midway Drive, Liberal, Kansas 67901 in the CLEAR Law Enforcement Database and found Tereza Dominguez isn't associated to the address. Based upon my experience, I know drug traffickers often use false or fictitious names on parcel labels when trafficking narcotics to avoid being identified by law enforcement authorities.

12. On September 3, 2024, an exterior odor search of the Subject Parcel was conducted at an undercover Wichita Police Department facility in Wichita, Kansas. At approximately 1133 am, Wichita Police Detective Dan Weidner and his certified narcotic canine, Sol, searched the area. Sol searched the area and then sat facing the Subject Parcel. Detective Weidner stated Sol's actions indicated he had alerted to the Subject Parcel as containing a narcotic odor. "Under our case law, a random dog sniff is not a search for Fourth Amendment purposes and a positive dog alert gives officers probable cause to search." *United States V. Parada*, 577 F.3d 1275, 1281 (10th Cir. 2009).

13. According to Detective Weidner, he has served as a single purpose drug detection dog handler with PSD Sol since February 2019. Weidner and Sol completed the WPD K9 basic course and were certified as a drug detector dog team. Weidner and Sol maintain current detector dog team certification and attend regular weekly maintenance training.

## CONCLUSION

14. Therefore, based on these facts, I believe there is probable cause to believe that the Subject Parcel contains evidence of a crime, including Title 21, United States Code, Section 841, and/or other illegal contraband (including actual narcotics), in violation of Title 21, United States Code, Section 841(a)(1), (possession with intent to distribute a controlled substance); Title 21, United States Code, Section 846 (attempts and conspiracies to do the same); and Title 21, United States Code, Section 843(b) (unlawful use of a communications facility to facilitate the commission of the above narcotics offenses).

FURTHER YOUR AFFIANT SAYETH NOT.

_____
JOSHUA HIGHFILL
United States Postal Inspector
United States Postal Inspection Service

4

5

Subscribed and sworn to me via Zoom on this __5th__ day of September, 2024.

*[signature: Brooks Severson]*
BROOKS G. SEVERSON
United States Magistrate Judge

5

**ATTACHMENT A**

The item to be searched is a United States Postal Service Priority Mail parcel bearing tracking number 9505 5158 1447 4240 1263 13," addressed to "Tereza Dominguez, 1014 N Midway Dr, Liberal, KS 67901-2833" with a return address of "Ramon Estrada, 228 Skyline Blvd, C.A 93204", mailed on August 27, 2024 from the Post Office in Avenal, California 93204. Further, this parcel weighs approximately 2 pounds 13.5 ounces and bears $24.75 in postage (Subject Parcel). The Subject Parcel is currently located at the Wichita Domicile of the United States Postal Inspection Service located at 7117 West Harry Street, Wichita, Kansas 67276.